# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Julissa Morales, Aidee Geronimo-Romero, and Ady Garcia<br><br>Individually, and on behalf of all others similarly situated as Class Representatives,<br><br>Plaintiffs,<br><br>v.<br><br>Three Diamond Diner Corp. d/b/a Mount Kisco Diner, Photios Georgiou a/k/a Frank Georgiou, Charalambos Georgiou a/k/a Harry Georgiou, and Yiota Georgiou<br><br>Defendants. | Case No.: 7:19-cv-3460-VB<br><br>CLASS AND COLLECTIVE ACTION<br><br>JURY TRIAL REQUESTED<br><br>**ORDER**  |

Briccetti, J.

A class of all current and former non-managerial employees who worked for Defendants at the Mount Kisco Diner at any time after April 18, 2016, is hereby conditionally certified pursuant to 29 U.S.C. § 216(b). It is hereby ORDERED that

1. Defendants disclose to Plaintiffs' counsel, within fourteen (14) days, a list of all such employees, including their names, compensation rates, dates of employment, last known addresses, last known phone numbers, and last known e-mail addresses;

2. Defendants post the Notice of Lawsuit and Consent to Sue (Dkt. 42-2) in conspicuous places in Defendants' business, including where employees congregate at the beginning or end of their shifts and for any breaks, within seven (7) days;

3. Plaintiffs distribute the Text Message Notice of Lawsuit (Dkt. 42-1), or the Spanish translation thereof, to potential opt-in plaintiffs by text message, and distribute the Notice of Lawsuit and Consent to Sue, together with Spanish translations thereof, to

   potential opt-in plaintiffs by e-mail and mail, within twenty-one (21) days; and

4. Consent to Sue forms may be filed with this Court until February 28, 2020.

SO ORDERED.

Dated: 11/26, 2019
White Plains, NY

_____
VINCENT L. BRICCETTI
United States District Judge

5. The Clerk is instructed to terminate the motion. (Doc. # 41).